**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Antwan McMillan, Petitioner.

Appellate Case No. 2013-002715

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Colleton County
Perry M. Buckner, III, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-035
Heard May 20, 2015 – Filed June 17, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

---

**PER CURIAM:**  We granted certiorari to review the Court of Appeals' decision in *State v. McMillan*, Op. No. 2013-UP-317 (S.C. Ct. App. refiled Sept. 25, 2013).  After careful consideration of the Appendix, Record, and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE, JJ., and Acting Justice James E. Moore, concur.**